UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHAQUILLE JONES,

            Plaintiff,

  v.

RONALD HAYNES, *et al.*,

            Defendants.

Case No. C21-5703-RAJ-MLP

REPORT AND RECOMMENDATION

      This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff Shaquille Jones is in the custody of the Washington Department of Corrections and confined at the Stafford Creek Corrections Center ("SCCC"). Plaintiff, who is proceeding *pro se* and *in forma pauperis*, filed a proposed complaint alleging that SCCC: (1) Superintendent Ronald Haynes; (2) Chief Medical Officer Sara Kariko; (3) Facility Medical Director Ryan Herrington; and (4) Food Services Manager Ron Attard ("Defendants") all violated his Eighth and Fourteenth Amendment rights by exposing him to COVID-19. (Dkt. # 4 at 2-3.)

      On September 30, 2021, this Court declined to serve Plaintiff's complaint due to several deficiencies, granted him leave to amend his complaint within 30 days of the Court's Order, and advised him that failure to file an amended pleading would result in a recommendation that this

REPORT AND RECOMMENDATION - 1

action be dismissed. (Dkt. # 5.) To date, Plaintiff has failed to file an amended complaint correcting the deficiencies identified in the Court's previous Order. It therefore appears Plaintiff has elected not to proceed with this action. When a complaint is frivolous, malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief, the Court may dismiss an *in forma pauperis* complaint before service of process under 28 U.S.C. § 1915(e)(2)(B). Because Plaintiff failed to state any viable claim for relief in his original pleading, and because he has not filed an amended complaint correcting the deficiencies identified by the Court, this action should be dismissed.

Accordingly, the Court recommends that Plaintiff's complaint (dkt. # 4) and this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 26, 2021**.

The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and to the Honorable Richard A. Jones.

Dated this 2nd day of November, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2